Núm. 8393.—Banco Popular de Puerto Rico, apldo. v. López, aplte.—C. D. San Juan. Julio 21, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, el demandante apelado presentó una moción solicitando la desestimación del recurso interpuesto en este caso, por ser frívolo, acompañando a su moción una certificación contentiva de parte del récord; y

Por cuanto, según ha resuelto repetidamente esta corte, en casos en que la sentencia apelada se dicta a base de alegaciones y pruebas, es necesario conocer la prueba para resolver la cuestión de frivolidad;

Por tanto, se resuelve no haber lugar a la desestimación solicitada.

Núm. 8404.—Ramos, aplte. v. Garay, apldo.—C. D. San Juan. Noviembre 5, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, la sentencia objeto de este recurso fué dictada en un caso de desahucio en precario en que la corte desestimó la demanda por existir conflicto de título;

Por cuanto, examinados los autos de este caso claramente resulta que el demandante alega ser dueño de la finca objeto del procedimiento y que presentó una escritura que tiende a demostrar título a su favor, resultando además que el demandado en su contestación alegó también ser dueño de la misma finca y en apoyo de su contención presentó en evidencia otra escritura demostrativa del título que alega;

Por cuanto, el demandado -apelado presentó una moción solicitando la desestimación del recurso por frívolo;

Por tanto, oído el apelado por no haber comparecido el apelante, y resultando que la sentencia apelada es la única que puede dictarse de acuerdo con las alegaciones y pruebas presentadas, se desestima for frívolo el recurso.